HUGH H. MAWHINNEY, Suing on Behalf of Himself and Others, Respondent, *v.* CORNELIUS N. BLISS et al., Defendants, and BANKERS' TRUST COMPANY et al., Appellants.

*Mawhinney* v. *Bliss,* 124 App. Div. 609, affirmed.
(Argued February 8, 1909; decided February 23, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1908, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to compel an accounting by the members of the reorganization committee of the American Cotton Company, an insolvent corporation.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action ?"

*Joseph M. Hartfield* for appellants.

*James A. Allen* and *Roger Foster* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.